<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAIM ALLEN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 25cv2122 (EP)<br><br>**ORDER** |

*Pro se* Petitioner Naim Allen filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, in relation to Crim. No. 23-cr-300. D.E. 1 ("Section 2255 Motion"). Petitioner also filed a "Notice of Motion Harsh Conditions" that he claims his counsel failed to submit to the Court on his behalf at sentencing in the related action. D.E. 2 ("Notice of Motion Harsh Conditions"). The Court construes Petitioner's Notice of Motion Harsh Conditions not as a standalone motion, but rather, as an exhibit to Ground One of his Section 2255 Motion.

The Court, having reviewed Petitioner's Section 2255 Motion pursuant to Rule 4 of the Rules Governing Section 2255 Cases, and for the reasons set forth in the accompanying Opinion,

**IT IS**, on this **29th** day of May 2025,

**ORDERED** that Petitioner's Section 2255 Motion, D.E. 1, is **DISMISSED** *without prejudice* as it is premature; and it is further

**ORDERED** that Petitioner may timely file a Section 2255 motion when his direct appeal of Crim. No. 23-cr-300 in the Third Circuit, Case No. 25-1417, has concluded; and it is further

**ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** Petitioner's "Notice of Motion Harsh Conditions," D.E. 2, and re-docket it as an "Exhibit" to D.E. 1; and it is further

**ORDERED** that the Clerk of Court shall close this matter; and it is finally

**ORDERED** that the Clerk of Court shall send copies of the Opinion and Order to Plaintiff by regular mail.

_____
Evelyn Padin, U.S.D.J.